**Gerald Eugene STANO,**
**Petitioner–Appellant,**
**Cross–Appellee,**

v.

**Richard L. DUGGER, Secretary, Florida**
**Department of Corrections,**
**Respondent–Appellee, Cross–Appellant.**

**No. 88–3375.**

United States Court of Appeals,
Eleventh Circuit.

March 16, 1990.

Mark E. Olive, Georgia Resource Center, Inc., Atlanta, Ga., for petitioner-appellant, cross-appellee.

Margene A. Roper, Belle Turner, Asst. Atty. Gen., Daytona Beach, Fla., for respondent-appellee, cross-appellant.

ON PETITION FOR REHEARING AND
SUGGESTION FOR REHEARING
IN BANC

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK, EDMONDSON and COX, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing in banc and a majority of the judges of this court in active service having voted in favor of granting a rehearing in banc,

IT IS ORDERED that the above cause shall be reheard by this court in banc *with* oral argument during the week of June 11, 1990. The clerk will specify a briefing schedule for the filing of in banc briefs. The previous panel's opinion is hereby VACATED.